# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

January 13, 2015

**Before**

KENNETH F. RIPPLE, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

No. 13-3460

| | |
|---|---|
| CARL C. GILBERT, JR., | Appeal from the United States District |
| *Petitioner-Appellant*, | Court for the Eastern District of |
| | Wisconsin. |
| *v.* | |
| | No. 13 CV 00048 |
| DEBORAH MCCULLOCH, | |
| *Respondent-Appellee.* | William C. Griesbach, |
| | *Chief Judge*. |

**O R D E R**

The caption in the opinion issued January 12, 2015 is amended to reflect that the respondent is Deborah "McCulloch."